UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

JANIFFER D. CARMONA,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,

        Defendant.

Case No. EDCV 16-01376 AJW

**J U D G M E N T**

**IT IS ADJUDGED** that defendant's decision is reversed, and this case is remanded to defendant for further administrative proceedings consistent with the memorandum of decision.

August 22, 2017

_____
ANDREW J. WISTRICH
United States Magistrate Judge